Entered on Docket
July 20, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed July 20, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | No. 17-41835 |
| | Chapter 11 |
| SAI Family Trust, | |
| Debtor. | |

**MEMORANDUM RE: MOTION FOR RELIEF FROM STAY**

On July 17, 2017, Debtor filed the above-captioned case. On July 18, 2017, Creditor Yosemite Capital, LLC filed the *Motion for Relief from Stay* (doc. 9) (the "Motion") and set it for a hearing on July 26, 2017. Concurrently, Creditor filed the *Motion to Shorten Time (doc. 11) (the "OST Request").* The Courts issues this memorandum in anticipation of the hearing and in order to highlight some of the Court's concerns regarding the relief requested in the Motion.

1. The OST Request did not comply with Local Bankruptcy Rule 9006-1(c). If Creditor would like a hearing on shortened time, Creditor must comply with all of the requirements of the local rule. As of the date of this memorandum, the Motion was only served with eight days' notice and is therefore improper.

2. The Court is disinclined to agree with Creditor that *in rem* relief under 11 U.S.C. § 362(d)(4) is appropriate under the circumstances. The Court expects Creditor to specifically address how the facts of the current case satisfy either of the two subdivisions required for a finding of a "scheme" under the statute. *See* 11 U.S.C. § 362(d)(4)(A)-(B).

**\*END OF MEMORANDUM\***

1

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | Law Offices of Edward T. Weber |
| 4 | c/o Edward Weber<br>17151 Newhope Street, Suite 203 |
| 5 | Fountain Valley, CA 92708 |